UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:01CR48 |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **(2) ALMA VASQUEZ-NAVA** | ) | |
| **(6) JAIME ANTONIO CARDONIA** | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to **(2) ALMA VASQUEZ-NAVA and (6) JAIME ANTONIO CARDONIA** only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, Defense Counsel and the United States Attorney's Office.

Signed: July 25, 2011

Richard L. Voorhees
United States District Judge